FILED

DEC 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA CIRCUIT

MONROE L. COLEMAN
Reg. No. #01723-016
USP Terre Haute
P.O. Box 12015
Terre Haute, IN 47801

       Plaintiff,

    vs.

HARLEY LAPPINS, Director
Bureau of Prisons
Dept. of Justice
320 First Street, N.W.
Washington, D.C. 20530

     and

ELIZABETH HERMAN, Supervisor
Office of Bar Counsel
Building B, Room 228
409 "E" Street, N.W.
Washington, D.C. 2001
        Defendant.
     and

FREEDOM OF INFORMATION ACT OFFICE
950 Penn. Avenue, N.W.
Washington, D.C. 20001
        Defendant.

CASE NUMBER  1:06CV02255

JUDGE: Rosemary M. Collyer

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/29/2006

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

RECEIVED

DEC 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>JURISDICTION</u>

I, Monroe L. Coleman, pro se, submits this action under the Free-
dom of Information Act, Title 5 U.S.C. §552, to order the defen-
dants to produce certain records for inspection and copying,
viz., Investigaating Report(s) submitted on or against former

Bureau of Prisons officer/employee Mrs. Kimberly Moore during

her tenure at United States Penitentiary Big Sandy, located

in Inez, Kentucky regardless if the reports concern the undersign

which the undersign did file a "sexual harassment" aginst Kimberly

Moore but any and all investigations that pertained to Mrs.

Kimberly Moore while working for the Bureau of Prisons regarding

her wrongful acts and those acts that led to her being terminated

from working for the Bureau of Prisons.  This request for informa-

tion included:  investigating report(s) as well as self written

report(s), response(s), or/and the reason(s) for terminating

Mrs. Kimberly Moore from her job as an employee of the Bureau

of Prisons, and (2) any and all report(s) filed and/or investigation

report(s), materials, data, grievance(s), disciplinary report

written and filed by Mrs. KImberly Moore against the undersign

as well as investigation done on Mrs. Kimberly by Bureau of

Prisons staff/officer or employee(s).

The undersign requested information on or pertaining to Attorney,

Michael Lasley, and former Attorney Natalie M. Combs.  Each

worked or handled the undersigned Criminal Case in the D.C.

Superior Court in Criminal Case No. F-1258-85.  The undersign

requested any and all information regarding their education,

employement status, pay, whether grievance(s) were filed by

them or against them as they worked in their individual and

official capacities, whether they have been under investigation(s).

This Court has jurisdiction over this action pursuant to Title

5 U.S.C. Sec. 552a (4); Title 28 U.S.C. Sec. 1361; and the First

and Fifth Amendments.

1) Plaintiff is Monore L. Coleman, a District of Columbia prisoner, housed in United States Penitentiary Terre Haute, Terre Haute, IN 47801, but prior to the transfer to this housing he was housed in United States Penitentiary Big Sandy located in Inez, Kentucky. While housed in that prison he witnessed Mrs. Kimberly Moore participate or indulged on several occasions with another staff member other than her husband in violation of several Bureau of Prisons Procedures, policies, or regulations in Section 3420.09. Because of this undersign witnessing these wrongful or inappropriate acts committed by Mrs Kimberly Moore she was determined to harass, use continuous fonding of plaintiff body, or determined to desist plaintiff's Unicor employment. Thereafter, Mrs Kimberly Moore was involved in other wrongful and improper acts that led to her being placed under another investigation (which plaintiff filed sexual harassment complaint on Mrs Kimberly Moore) for violating Bureau of Prisons procedure Section 3420.09 based on involvement with inmate(s) other than her husband. It also should be noted that Mrs Kimberly Moore inappropriate actions or plaintiff's allegations were not taken seriously because it related to a white male staff or Bureau of Prisons employee, but immediately upon noticing, learning, or discovering that she was involving herself with inmate(s) and it is believed that one was black then the Bureau of Prisons placed her under an investigation which led to her termination. See Attachments filed by Plaintiff.

2) Attorney Michael Lasley was counsel for plaintiff in his

-3-

Criminal Case (F-1258-85) in the District of Columbia Superior Court. Plaintiff filed numerous pro se motions and made known to the above court counsel's ineffectiveness as well as in plaintiff's Criminal Drug Case (F-5575-83) that there was a conflict of interest between counsel and plaintiff.

The requested material and/or information plaintiff sought from the Freedom Of Information Agency Act 552a concerned relevant material or information that may be helpful to prove plaintiff's alleged allegations that Michael Lasley was ineffective in representing plaintiff in accord with the principle of the Sixth Amendment. 3) Former United States Attorney Natalie M. Combs resided over the Criminal Case No. F-1258-85, as the prosecutor. Ms. Combs had several witnesses or so-called victims who were in the same cellblock and living in the same unit at the D.C. Detention Center at the same time plaintiff was present. Plaintiff is trying to show illegal confrontations and show-ups committed by former attorney Combs which Lasley refused and denied to challenge her misconduct, along with Ms Natalie M. Combs making arrangement by giving or issuing a grand jury subpoena to one of the so-called victim Walter Gray who was a witness unable to identify plaintiff until Gray was wrongfully told to come to the office of the United States Attorney or Assistant United States Attorney office on the day which plaintiff was standing before another judge on a different matter than Criminal Case No. F-1258-85, where Gray entered that courtroom then proceeded to the location of Ms Combs stating "that's him, that's the person that robbed me."

-4-

Therefore, the information and material under the Freedom of Information is required to support wrongful acts or misbehavior committed by former prosecutor Ms Natalie M. Combs that led to this illegal detention of plaintiff.

4) Defendants are Harley Lappins, Director of the Bureau of Prisons; Elizabeth Herman, Supervisor of Office of Bar Counsel; and John/Jane Doe of Office of Freedom of Information Act, Director.

These agencies of the Executive Branch which has custody and control of the requested records; Defendant Harley Lappins is head of the D.C. Bureau of Prisons as Director; he is sued in his official capacity as custodian of the requested records, and as head of the agency wherein the requested records are located;

Elizabeth Herman, Office of Bar Counsel, is Supervisor.

These agencies of the Executive Branch which has custody and control of the requested records; Defendant Elizabeth Herman is head of the D.C. Office of Bar Counsel; she is sued in her official capacity as custodian of the requested records, and as head of the agency wherein the requested records are located;

John/Jane Doe, Office of the Freedom of Information Act, is Director.

These agencies of the Executive Branch which has custody and control of the requested records; Defendant John/Jane Doe is head of the Office of the Freedom of Information Act; he/she is sued in his/her official capacity as custodian of the requested records, and as head of the agency wherein the requested records are located.

Also, included in the requested Freedom of Information Act was regarding: Sandy McDuffie, Charles Pitts, and Mark Gaddus, along with Walter Gray. These were former prosecutor Natalie M. Combs witnesses or victims who were confined in the same cell-block at the same time on numerous occasions with plaintiff. The requested information, data, records, material, and dates are of importance in plaintiff presenting his claim before the United States District Court in the Sixth Circuit.

Respectfully submitted,

Monroe L. Coleman, pro se
Reg. No. #01723-016
USP Terre Haute
P.O. Box 12015
Terre Haute, IN 47801

## CERTIFICATE OF SERVICE

I, Monroe L. Coleman, pro se, states that a true copy of the fore-going motion has been mailed to the named defendants on this _Z4th_ day of August, 2006.

Harley Lappins, Director
Bureau of Prisons
Dept. of Justice
320 First Street, N.W.
Washington, D.C. 20001

Elizabeth Herman, Supervisor
Office of Bar Counsel
Bldg. B, Room 228
409 "E" St., N.W.
Washington, D.C. 20001

Freedom of Information Act, Director/Supervisor
950 Penn. Avenue, N.W., Washington, D.C. 20001

Respectfully submitted,

Monroe L. Coleman, pro se

USP Terre Haute, #01723-016
P.O. Box 12015
Terre Haute, IN 47801



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: 04-3724

OCT 1 3 2004

Subject: THIRD PARTIES (SPECIFIC PUBLIC RCDS)/DDC

Requester: MONROE L. COLEMAN

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

06 2255

**FILED**

DEC 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form No. 001 - 9/03



**U.S. Department of Justice**

_Washington, D.C. 20530_

OCT 1 1 2006

Monroe L. Coleman
Reg. No. 01723-016
U.S.P. - Terre Haute
P.O. Box 12015
Terre Haute, IN   47801

Dear Mr. Coleman:

Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within 20 business days.   This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. The component(s) to which your request has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip.   All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Executive Office for U.S. Attorneys
> Department of Justice
> 600 E Street, NW, Room 7300
> Washington, DC   20530-0001
> (202) 616-6757

Your request also designated organizations outside of the Department of Justice as indicated below and will have to be resubmitted by you directly to them.*

Sincerely,

Ronald Deacon, Director
Facilities and Administrative
   Services Staff
Justice Management Division

Enclosure
FOIA/PA Referral/Action Slip

*Office of the Attorney General, Washington, DC   20004

Rec. 10/20/06

October 6th, 2006

Executive Office for U.S. Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W.
Room 7300
Washington, D.C. 20530

    Re:  Request No. 04-2766, 04-2767, 04-3724

Dear Executive Office for U.S. Attorneys:


    I would like to know whether your office is going to provide
me with the necessary public information on Walter Gray, Charles
Pitts, Sandy McDuffie, Mark Gaddus, Tom Fulgram, and Keith Mack,
regarding criminal charges status during 1984-1987?

    Each was a witness  for the prosecution in Criminal Case No.
F-1258-85, and I am trying to prove their criminal charges were
used to persuade them to testify for the government against me.
Furthermore, their charges as adults if not expunged are public
information.

    I thank you for your time and for any and all assistance you
may render unto this matter.


                    Sincerely yours,


                    Monroe L. Coleman-Bey
                    #01723-016
                    DCDC 188-568
                    U.S. Penitentiary
                    P.O. Box 12015
                    Terre Haute, IN 47801

October 6th, 2006

Office of Information and Privacy
U.S. Department of Justice
Flag Bldg., Suite 570
Washington, D.C. 20530

    Re:  Appeal #2006-07999

Dear Dept. of Justice:


    Will you please compare the enclosed information with the pending appeal No. 2006-07999 to see whether such appeal exists on a claim concerning Walter Gray, Sandy McDuffie, and Charles Pitts. See Request No. 04-2767.

    I thank you for your time and assistance in this matter.


                              Sincerely yours,

                              Monroe L. Coleman-Bey
                              Reg. #01723-016
                              DCDC #188-568
                              U.S. Penitentiary
                              P.O. Box 12015
                              Terre Haute, IN 47801

P.S.

    The appeal should include the claim of or against Mrs. Kimberly Moore, a former Bureau of Prisons employee. Terminated in 2005 or 2006. Thank you.



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

Requester: Monroe Lavelle Coleman                    Request Number:  06-2944

Subject:   Kimberly Moore (BOP Records)

Dear Requester:

       The Executive Office for United States Attorneys (EOUSA) has received your Freedom
of Information Act and/or Privacy Act request.  The EOUSA is the official record keeper for all
records located in this office and the various United States Attorney's offices.

       You requested information which is not information maintained by the EOUSA or by the
individual United States Attorney's Offices, but is maintained by the Federal Bureau of
Investigation.  Please contact  the (BOP) agency directly at the following address:

                    FOIA/Privacy Act Requests
                    Federal Bureau of Prisons
                    Department of Justice
                    Room 841, HOLC Building
                    Washington, DC 20534
       This is the final action that this office will take on your request.

       You may appeal my decision to withhold records in this matter by writing within sixty
(60) days from the date of this letter, to:

                    Office of Information and Privacy
                    United States Department of Justice
                    1425 New York Ave., NW, Suite 11050
                    Washington, D.C.  20530-0001

       Both the envelope and letter of appeal must be clearly marked "Freedom of Information
Act/Privacy Act Appeal."

       After the appeal has been decided, you may have judicial review by filing a complaint in
the United States District Court for the judicial district in which you reside or have your principal
place of business; the judicial district in which the requested records are located; or in the District
of Columbia.

                    Sincerely,

                    William G. Stewart

                    William G. Stewart II
                    Acting Assistant Director       Form No. 042 - 1/06

Agency Head [or Freedom of Information Officer]
Freedom of Information Agency
950 Pennsylvania Avenue, N.W.
Washington, D.C.

Re:  Freedom of Information Act Request

Dear Freedom of Information Act Supervisor:


        This is a request under the Freedom of Information Act, 5
U.S.C. Sec. 552.

        I request that a copy of the following documents containing
the dates, time, and names of persons responsible for placing
Walter Gray, Charles Pitts, Sandy McDuffie, and Mark Gaddus in
the District of Columbia prison holding cellblocks in the D.C.
Superior Court on, around, and during 1985, 1986, and 1987.
Please provide me with those documents and/or information concern-
ing those four individuals named above.  In other words, who make
out the list to transport prisoners from and to the courthouse
of Superior Court; to the D.C. Detention Center located at 1901
D Street, S.E., Washington, D.C.  Provide me with the dates and
court appearances each of the above named party was to appear
before a judge, magistrate, or/and any courtroom he was assigned
to appear before any and all members of the D.C. Superior Court
as well as employee of the D.C. Superior Court not excluding the
United States Attorney's office or its Assistant United States
Attorney's office.  Also, provide me with the charges and subpoenas
that were issued, given, or mailed to those parties mentioned
above.

        Said information is public information and may be made known
to any citizen or resident who resides in the United States.
However, this information is for the undersign to use for legal
purpose to determine whether undersign conviction and sentences
are illegal which he has been incarcerated a few months short
of twenty-two years.

        I am willing to pay for this information that is needed to
prove to the courts that the government committed illegal acts
by placing those parties named above in the same cellblocks and
housing unit at the D.C. Detention Center at 1901....

        I thank you for your time and assistance in this matter.

Sincerely yours,

Monroe LaVelle Coleman
#01723-016   DCDC #188568
US Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Sept. 14th, 2006

August 24, 2006

Consolidated Legal Center
Federal Bureau of Prisons
Federal Medical Center
3301 Leestown Road
Lexington, Kentucky 40511-8799

      Re:  Decision In Complaint Against **(Adm. Tort Claim #TRT-MXR-05-04397**
          Former Bureau of Prisons Employee Kimberely Moore

Dear Consolidated Legal Center:


     This letter comes to your attention in regards to a Tort
filed against former bureau of prisons employee Mrs. Kimberely
Moore who was terminated because of her inappropriate actions
in violation of BOP policy 3420.09.

     To this date of August 24, 2006, the undersigned has not
received a letter or any notice regarding his tort claim but is
interested in hearing from your office on this matter.  Also,
he has pending and pursuing a retaliation and sexual harassment
complaint against Mrs. Kimberely Moore here in the Seventh Circuit.

     Hopefully, you will respond soon to this letter on whether
a decision has been officially made in this matter, and why wasn't
the undersign informed before the above mentioned date?

     Thank you for your time and for any and all assistance in
this particular matter.

Sincerely,

Monroe L. Coleman
Reg. No. 01723-016
USP Terre Haute
P.O. Box 12015
Terre Haute, IN 47801

AO 10A (Rev 10/98)

# REQUEST FOR EXAMINATION OF REPORT FILED BY A JUDICIAL OFFICER OR JUDICIAL EMPLOYEE

In accordance with section 105 of the Ethics in Government Act of 1978, as amended, I request that there be made available to me for examination the report(s) of the following named Judicial Officers or Judicial Employees:

| | NAME | POSITION | Copy Requested | |
|---|---|---|---|---|
| | | | Yes | No |
| **NAMES** | BRUCE S. MENCHER | FORMER D.C. SUP. CT. J. | X | |
| **OF** | | | | |
| **REPORTS** | | | | |
| **WHOSE** | | | | |
| **DISCLOSURE** | | | | |
| **REPORTS** | | | | |
| **ARE** | | | | |
| **REQUESTED** | | | | |
| | | | | |

| **ORGANIZATIONS OR PERSONS ON WHOSE BEHALF THIS REQUEST IS MADE** | ORGANIZATION(S) OR PERSON(S) | ADDRESS |
|---|---|---|
| | MONROE L. COLEMAN | USP TERRE HAUTE,PO BOX 12015 |
| | REG. #01723-016 | TERRE HAUTE, IN 47801 |

| **PROHIBITIONS** | I understand that the statute makes it unlawful to obtain or use these or these reports for: any unlawful purpose; any commercial purpose other than by news and communication media for dissemination to the general public; determining or establishing of the credit rating of any individual; or use, directly or indirectly, in the solicitation of money for any political, charitable, or other purpose (5 U.S.C. App. 4 § 105(c))

I understand that whoever, in any manner within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes any materially false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than five years, or both (18 U.S.C. § 1001).

I am aware of the prohibitions on the obtaining and use of this information, as are stated above, and that this request for examination is a matter of public record. |
|---|---|

| **PERSON MAKING REQUEST** | NAME MONROE L. COLEMAN | ADDRESS USP TERRE HAUTE,PO BOX 12015 |
|---|---|---|
| | OCCUPATION N/A | Incarcerated Prisoner |
| | I certify under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746) | |
| | SIGNATURE | July 12, 2006  EXECUTED ON (DATE) |

AO 10A (Rev 10/98)

# REQUEST FOR EXAMINATION OF REPORT FILED BY A JUDICIAL OFFICER OR JUDICIAL EMPLOYEE

In accordance with section 105 of the Ethics in Government Act of 1978, as amended, I request that there be made available to me for examination the report(s) of the following named Judicial Officers or Judicial Employees:

| | NAME | POSITION | Copy Requested | |
|---|---|---|---|---|
| | | | Yes | No |
| **NAMES** | NATALIE M. COMBS - | FORMER A.U.S.A. | X X | |
| **OF** | NATALIE M. COMBS - | D.C. SUPER. CT. JUDGE | XX | |
| **REPORTS** | | | | |
| **WHOSE** | | | | |
| **DISCLOSURE** | | | | |
| **REPORTS** | | | | |
| **ARE** | | | | |
| **REQUESTED** | | | | |

| **ORGANIZATIONS OR PERSONS ON WHOSE BEHALF THIS REQUEST IS MADE** | ORGANIZATION(S) OR PERSON(S) | ADDRESS |
|---|---|---|
| | MONROE L. COLEMAN | USP TERRE HAUTE, PO BOX 12015 |
| | REG #01723-016 | TERRE HAUTE, IN 47801 |

| **PROHIBITIONS** | I understand that the statute makes it unlawful to obtain or use this or these reports for: any unlawful purpose; any commercial purpose other than by news and communication media for dissemination to the general public; determining or establishing of the credit rating of any individual; or use, directly or indirectly, in the solicitation of money for any political, charitable, or other purpose (5 U.S.C. App. 4 § 105(c)) |
|---|---|
| | I understand that whoever, in any manner within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes any materially false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than five years, or both (18 U.S.C. § 1001). |
| | I am aware of the prohibitions on the obtaining and use of this information, as are stated above, and that this request for examination is a matter of public record. |

| **PERSON MAKING REQUEST** | NAME MONROE L. COLEMAN | ADDRESS USP TERRE HAUTE, PO BOX 12015 |
|---|---|---|
| | OCCUPATION REG. #01723-016 | TERRE HAUTE, IN 47801 |
| | I certify under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746) | |
| | SIGNATURE | July 12, 2006 EXECUTED ON (DATE) |

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: __04-2767__  Date of Receipt: __July 13, 2004__

Requester: __Monroe L. Coleman__

Subject of Request: __third parties (Gray, McDuffie, Pitts)__

Dear Requester:

The Executive Office for United States Attorneys has received your Freedom of Information Act request and assigned the above number to the request.

You have requested records concerning a third party (or third parties). Records pertaining to a third party generally cannot be released absent express authorization and consent of the third party, proof that the subject of your request is deceased, or a clear demonstration that the public interest in disclosure outweighs the personal privacy interest and that significant public benefit would result from the disclosure of the requested records. Since you have not furnished a release, death certificate, or public justification for release, the release of records concerning a third party would result in an unwarranted invasion of personal privacy and would be in violation of the Privacy Act, 5 U.S.C.§552a. These records are also generally exempt from disclosure pursuant to sections (b)(6) and (b)(7)(C) of the Freedom of Information Act, 5 U.S.C. §552.

We have not performed a search for records and you must not assume that records concerning the third party exist. We will release, if requested, any public records maintained in our files, such as court records and news clippings, without the express of authorization of the third party, a death certificate, or public justification for release. If you desire to obtain public records, if public records exist in our files, please submit a new request for public documents.

Should you obtain the written authorization and consent of the third party for release of the records please submit a new request for the documents accompanied by the written authorization. A form is enclosed to assist you in providing us the authorization and consent of the subject of your request. The authorization must be notarized or signed under penalty of perjury pursuant to 18 U.S.C. §1001.

This is a final determination and your request for information will be closed.  You may appeal my decision in this matter by writing within 60 days, to:

                    Office of Information and Privacy
                    United States Department of Justice
                         Flag Building, Suite 570
                         Washington, D.C.  20530

     Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

     After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

                              Sincerely,

                              Marie A. O'Rourke
                              Assistant Director


Enclosure



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

AUG 1 4 2006

Mr. Monroe LaVelle Coleman
Register No. 01723-016
United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

　　　　Re: Request No. 2006-07999

Dear Mr. Coleman:

　　　　This is to advise you that your administrative appeal from the action of the Federal Bureau of Prisons was received by this Office on August 9, 2006.

　　　　The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-2764**. Please mention this number in any future correspondence to this Office regarding this matter.

　　　　We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　Priscilla Jones
　　　　　　　　　　　　　Chief, Administrative Staff



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C.  20530*
*202-616-6757   Fax 202-616-6478*

AUG 12 2004

Requester: Monroe Lavelle Coleman

Request Number: 04-2766

Subject of Request: Self

Dear Requester:

Your Freedom of Information Act/Privacy Act request has been received. Since the files and records of United States Attorneys are located in more than 100 separate offices throughout the country, we ask that you identify the specific U.S. Attorney's office(s) where you believe the requested records exist. This would primarily be the district(s) in which prosecution or litigation occurred.

By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. §16.3(c), unless you request a waiver of fees (according to requirements in 28 C.F.R. §16.11(k)). Indigency does not constitute a basis for a free waiver. Please note that pursuant to 28 C.F.R. §16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you state in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you.

(Page 1 of 2)
Form No. 003B - 9/01

AUG 12

You may appeal my decision in this matter by writing within sixty (60) days, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

# OFFICE OF BAR COUNSEL

August 4, 2006

*Serving the District
of Columbia Court
of Appeals and its Board
on Professional
Responsibility*

Wallace E. Shipp, Jr.
*Bar Counsel*

*Senior Assistant Bar Counsel*
Elizabeth A. Herman
Julia L. Porter
Judith Hetherton

*Assistant Bar Counsel*
Joseph N. Bowman
Ross T. Dicker
Catherine L. Kello
John T. Rooney
H. Clay Smith, III
Traci M. Tait
Asma Naeem

*Staff Attorney*
Lawrence K. Bloom



**CONFIDENTIAL**

**Mr. Monroe LaVelle Coleman**
**Registration No.:  01723-016**
**United States Penitentiary**
**Post Office Box 12015**
**Terre Haute, IN  47801**

Re:  **Lasley/Coleman**
     **CJA Number:  2006-C116**

Dear Mr. Coleman:

   We received your letter concerning Michael Lasley, Esquire on July 24, 2006.  We will write you again after our preliminary inquiry into this matter.

Sincerely,

Elizabeth A. Herman
Deputy Bar Counsel

EAH:snl

# DISTRICT OF COLUMBIA COMMISSION
## ON JUDICIAL DISABILITIES AND TENURE
### 515 FIFTH STREET, N.W. BUILDING A, ROOM 312
### WASHINGTON, D.C. 20001
### (202) 727-1363

August 2, 2006

Mr. Monroe L. Coleman
USP Terre Haute
#01723-016
P.O. Box 12015
Terre Haute, IN  47801

Dear Mr. Coleman:

   Enclosed please find the correspondence and materials that you recently filed with the Commission. Please be advised that records of the Commission are exempt from mandatory disclosure under the terms of the D.C. Freedom of Information Act, and, if the Commission were subject to the D.C. Freedom of Information Act, the Commission could not provide the information you have requested because it does not have the educational and academic records of the judges of the District of Columbia courts. Therefore, your materials are being returned to you so that you may file them with the appropriate authority.

Sincerely yours,

Cathaee J. Hodgins
Executive Director

Enclosure

CJH/ga

Agency Head Freedom of Information
Dept. of F.O.I.A.
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE:  F.O.I.A./Privacy Act Section 5 U.S.C. §552a (Natalie M. Combs for AUSA)

Dear F.O.I.A.

    This is a request under the Freedom of Information Act, 5 U.S.C. Sec. 552a.

    I request that a copy of the following documents containing the requested information be provided to me:  Educational Schools/ Vocational Training, Grades, Degrees and Undergraduate Classes or Courses, and if any Degrees;  any and all jobs the named above party have had before, during, and after 1983-2006.

    In order to help to determine my status to assess fees, you should know that I am a District of Columbia prisoner who has been incarcerated for nearly twenty two years.  I was tried, convicted, and sentenced in the D.C. Superior Court.  The lawyer was Michael Lasley, the Assistant United States Attorney(AUSA) was Natalie M. Combs, and the Judge was Bruce S. Mencher.  The information sought by this individual is for personal use and not for commercial use.

    I am willing to pay fees for this requested information to a maximum of $50.00.  However, if you estimate that the fees will exceed this limit, please inform me first.

    If necessary, I may request a waiver of all fees for this request due to me being incarcerated for more than twenty years as well as not permitted a prisoner job.  The disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.  I am conducting my own investigation of each party that handled my Criminal Case.

    I thank you for your time and for any and all assistance you may render unto this request.  Thanks!

Sincerely,

Monroe L. Coleman
USP Terre Haute
#01723-016
P.O. Box 12015
Terre Haute, IN 47801

Signed before me this 12 day of July, 2006.

My Commission Expires: 10/29/07

TAMMY BANKSTON
NOTARY PUBLIC STATE OF INDIANA

NOTARY PUBLIC

**JUDICIAL CONFERENCE OF THE UNITED STATES
COMMITTEE ON FINANCIAL DISCLOSURE**

George D. Reynolds, Staff Counsel
One Columbus Circle, N.E.
Washington, DC 20544

Telephone: (202) 502-1850
Facsimile: (202) 502-1899

July 21, 2006

Mr. Monroe L. Coleman
United States Penitentiary
Post Office Box 12015
Terre Haute, IN 47801

Dear Mr. Coleman:

This letter is in response to your letter dated July 12, 2006, requesting copies of the financial disclosure reports for District of Columbia Superior Court Judges Bruce S. Mencher and Natalie M. Combs. The financial disclosure reports for superior court judges are filed with the District of Columbia Commission on Judicial Disabilities and Tenure, Building A, Room 312, 515 Fifth Street, N.W., Washington, DC 20001.

This office only maintains the financial disclosure reports filed by federal judges and judicial employees. The individuals listed in the enclosure to your letter are not required to file a financial disclosure report with this office. Therefore, this office is unable to provide the information you seek.

Sincerely,

George D. Reynolds

Enclosure



**UNITED STATES GOVERNMENT**
**Federal Bureau of Prisons**
*Federal Medical Center*
*Consolidated Legal Center*
*3301 Leestown Road*
*Lexington, Kentucky 40511-8799*

July 19, 2006

Monroe Coleman
Reg. No. 01723-016
United States Penitentiary
Post Office Box 12015
Terre Haute, Indiana   47801

Re: FOIA/PA Request No. 2006-07999

Mr. Coleman:

This is in response to your request for Federal Bureau of Prisons Records.  You request all documentation concerning an alleged disciplinary report concerning a former Bureau of Prisons employee who worked at the United States Penitentiary Big Sandy in Inez, Kentucky.  You also request a copy of a disciplinary report you received while at USP Big Sandy.

We are refusing to confirm or deny the existence of disciplinary records regarding a staff member.  Lacking an individual's consent, proof of death, official acknowledgment of an investigation, or an overriding public interest, even to acknowledge the existence of law enforcement records pertaining to an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy.  See 5 U.S.C. § 552(b)(7)©.

We are providing a copy of Incident Report #1351770 which consists of two pages.  These pages are being released to you in their entirety.

Pursuant to Title 28, Code of Federal Regulations, Section 16.8, this response may be appealed to the Attorney General by filing a written appeal within sixty days of the date of this letter.  The appeal should be addressed to the Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, DC  20530-0001.  Both the envelope and the letter of appeal itself must be clearly marked: "Freedom of Information Act Appeal."

Sincerely,

Richard W. Schott
Regional Counsel

Office of Bar Counsel                          Dated:  July 15th, 2006
Building B, Room 228
409 "E" Street, N.W.
Washington, D.C. 20001

TO:  Elizabeth Herman

RE:  Freedom of Information Act
     (U.S.C. 552), Privacy Act
     (5 U.S.C. 552(6)(C)(B)(7)
     General (U.S.C. 552 A(J)(2) or
     Specific (U.S.C. 552a(K)(2)


Identification Of Requester:

Name     :  Monroe LaVelle Coleman
D.O.B.   :  12-29-56
F.B.I.   :
Soc. Sec. # 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


This letter will serve as undersign request pursuant to the provi-
sions of the Freedom of Information Act (5U.S.C. 552) and the
Privacy Act (5 U.S.C. 552a (d)(1), and the applicable state
statutes governing Freedom of Information Requests if state
agency request, for full disclosure and release of all records
and/or data contained in the files regarding D.C. Office of
the Bar Counsel's Agency member Attorney/former Attorney, Mr./Ms.
Michael Lasley        , including job related complaints or
grievances filed by the above named party or against the above
named party.  It is further requested that any and all information
regarding any investigation against the named party above be
given unto this requester; including education and promotions.

This undersign is in need of the any and all information, data,
or reports not otherwise exempt by statute (5 U.S.C. (66)(c)(b)(7),
(5 U.S.C. a(j)(2), (k)(2), or law; Tarlton v. Saxbe, 507 F.
2d 1116, 165 U.S. App. D.C. 293(1974); 162 U.S. App. D.C. 284(1974);
Sullivan v. Murphy, 478 F.2d 938, 156 U.S. App. 28(1973).

Your agency is advised that the investigation reports into this
are no longer accorded exempt status unless under the specific
exemption noted, and only with reference to specific citation
of authority, Paton v. LaPrade, 524 F.2d 862,868-69(CA 3 1975).

The undersign states that the requested information is for the
purpose of personal use and not for commercial use.  And pursuant

to Title 5 U.S.C. (6)(1), it is noted that your agency has ten (10) working days following receipt of this request to provide the information and material sought.  Should any delay occur, it is requested that your agency inform the undersign of this delay as provided by agency regulations, and the date as to when your agency will be able to act upon this request.  Also, the undersign is willing to pay $50.00 for cost, or may waive cost due to indigent status by filing In Forma Pauperis provided by statute or regulation of your agency for search and copy of material and information requested.

Respectfully submitted,

s/

Monroe LaVelle Coleman
Reg. #01723-016
UPS Terre Haute
P.O. Box 12015
Terre Haute, IN 47801

Signed before me _____, Notary
State of Indiana, Vigo County.  My Commission expires 6/29/07 .

Office of Bar Counsel                          Dated:   July 15th, 2006
Building B, Room 228
409 "E" Street, N.W.
Washington, D.C. 20001

TO:   Elizabeth Herman

RE:   Freedom of Information Act
      (U.S.C. 552), Privacy Act
      (5 U.S.C. 552(6)(C)(B)(7)
      General (U.S.C. 552 A(J)(2) or
      Specific (U.S.C. 552a(K)(2)


Identification Of Requester:

Name     :  Monroe LaVelle Coleman
D.O.B.   :  12-29-56
F.B.I.   :
Soc. Sec. # 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


This letter will serve as undersign request pursuant to the provi-
sions of the Freedom of Information Act (5U.S.C. 552) and the
Privacy Act (5 U.S.C. 552a (d)(1), and the applicable state
statutes governing Freedom of Information Requests if state
agency request, for full disclosure and release of all records
and/or data contained in the files regarding D.C. Office of
the Bar Counsel's Agency member Attorney/former Attorney, Mr./Ms.
Natalie M. Combs        , including job related complaints or
grievances filed by the above named party or against the above
named party.  It is further requested that any and all information
regarding any investigation against the named party above be
given unto this requester; including education and promotions.

This undersign is in need of the any and all information, data,
or reports not otherwise exempt by statute (5 U.S.C. (66)(c)(b)(7),
(5 U.S.C. a(j)(2), (k)(2), or law; Tarlton v. Saxbe, 507 F.
2d 1116, 165 U.S. App. D.C. 293(1974); 162 U.S. App. D.C. 284(1974);
Sullivan v. Murphy, 478 F.2d 938, 156 U.S. App. 28(1973).

Your agency is advised that the investigation reports into this
are no longer accorded exempt status unless under the specific
exemption noted, and only with reference to specific citation
of authority, Paton v. LaPrade, 524 F.2d 862,868-69(CA 3 1975).

The undersign states that the requested information is for the
purpose of personal use and not for commercial use.  And pursuant

to Title 5 U.S.C. (6)(1), it is noted that your agency has ten (10) working days following receipt of this request to provide the information and material sought. Should any delay occur, it is requested that your agency inform the undersign of this delay as provided by agency regulations, and the date as to when your agency will be able to act upon this request. Also, the undersign is willing to pay $50.00 for cost, or may waive cost due to indigent status by filing In Forma Pauperis provided by statute or regulation of your agency for search and copy of material and information requested.

Respectfully submitted,

s/ _____

Monroe LaVelle Coleman
Reg. #01723-016
UPS Terre Haute
P.O. Box 12015
Terre Haute, IN 47801

NOTARY PUBLIC STATE OF INDIANA
VIGO COUNTY
MY COMMISSION EXP. JUNE 29, 2007

Signed before me _____ Notary
State of Indiana, Vigo County.  My Commission expires  10/29/07 .

Agency Head Freedom of Information          Dated:  July 10, 2006
Dept. of F.O.I.A.
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE:  F.O.I.A./Privacy Act Section 5 U.S.C. §552a ( *Natalie M. Combs* ).

Dear F.O.I.A.                                    *former AUSA*

     This is a request under the Freedom of Information Act, 5
U.S.C. Sec. 552a.

     I request that a copy of the following documents containing
the requested information be provided to me:  Federal Employees
Information -- Oath of Office, Title 5 U.S.C. §3331; Officer Affi-
davit, Title 5 U.S.C. §3332; Employee Affidavit, Title 5 U.S.C.
§33331; Surety Bond, Title 5 U.S.C. §2901(and 7 D.C. §11-1704);
Foreign Agents Registration Statement(Title 22 U.S.C. §§611(c)(1)
(iv) and 612; Oath of Office For Federal Judges, Title 28 U.S.C.
§453.

     In order to help to determine my status to assess fees,
you should know that I am a District of Columbia prisoner who
has been incarcerated for nearly twenty years.  I was tried,
convicted, and sentenced in the D.C. Superior Court.  The lawyer
was Michael Lasley, the Assistant United States Attorney(AUSA)
was Natalie M. Combs, and the Judge Bruce S. Mencher.  The infor-
mation sought by this individual is for personal use and not
for commercial use.

     I am willing to pay fees for this requested information
to a maximum of $50.00.  However, if you estimate that the fees
will exceed this limit, please inform me first.

     If necessary, I may request a waiver of all fees for this
request due to me being incarcerated for more than twenty years
as well as not permitted a prisoner job.  The disclosure of the
requested information to me is in the public interest because
it is likely to contribute significantly to public understanding
of the operations or activities of the government and is not
primarily in my commercial interest.  I am conducting my own
investigation of each party that handled my Criminal Case.

     I thank you for your time and for any and all assistance
you may render unto this request.  Thanks!

Sincerely,                    Signed before me this _11_ day of
                              July, 2006.
Monroe L. Coleman             My Commission Expires: _6/29/07_
USP Terre Haute
#01723-016
P.O. Box 12015
Terre Haute,IN 47801          _____
                                      NOTARY PUBLIC

Agency Head Freedom of Information          Dated:  July 10, 2006
Dept. of F.O.I.A.
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


RE:  F.O.I.A./Privacy Act Section 5 U.S.C. §552a (Michael Lasley).

Dear F.O.I.A.                                        Attorney)


        This is a request under the Freedom of Information Act, 5
U.S.C. Sec. 552a.

        I request that a copy of the following documents containing
the requested information be provided to me:  Educational Schools/
Vocational Training, Grades, Degrees and Undergraduate Classes
or Courses, and if any Degrees;  any and all jobs the named above
party have had before, during, and after 1983-2006.

        In order to help to determine my status to assess fees,
you should know that I am a District of Columbia prisoner who
has been incarcerated for nearly twenty two years.  I was tried,
convicted, and sentenced in the D.C. Superior Court.  The lawyer
was Michael Lasley, the Assistant United States Attorney(AUSA)
was Natalie M. Combs, and the Judge was Bruce S. Mencher.  The
information sought by this individual is for personal use and
not for commercial use.

        I am willing to pay fees for this requested information
to a maximum of $50.00.  However, if you estimate that the fees
will exceed this limit, please inform me first.

        If necessary, I may request a waiver of all fees for this
request due to me being incarcerated for more than twenty years
as well as not permitted a prisoner job.  The disclosure of the
requested information to me is in the public interest because
it is likely to contribute significantly to public understanding
of the operations or activities of the government and is not
primarily in my commercial interest.  I am conducting my own
investigation of each party that handled my Criminal Case.

        I thank you for your time and for any and all assistance
you may render unto this request.  Thanks!

Sincerely,                          Signed before me this _12_ day of July,
                                    2006.
Monroe L. Coleman                   My Commission Expires: _10/29/07_
USP Terre Haute
#01723-016
P.O. Box 12015
Terre Haute, IN 47801                        NOTARY PUBLIC

                                    STATE OF INDIANA



**U.S. Department of Justice**

_Washington, D.C. 20530_

AUG 2 3 2006

Monroe L. Coleman
Reg. No. 01723-016
U.S.P. - Terre Haute
P.O. Box 12015
Terre Haute, IN   47801

Dear Mr. Coleman:

Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within 20 business days.   This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. The component(s) to which your request has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip.   All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Federal Bureau of Prisons
> Department of Justice
> HOLC Building, Suite 841
> Washington, DC   20534
> (202) 514-6655
>
> FOIA/PA
> Executive Office for U.S. Attorneys
> Department of Justice
> 600 E Street, NW, Room 7300
> Washington, DC   20530-0001
> (202) 616-6757

Also, per your request we are sending you a copy of the U. S. Department of Justice Title 28, Code of Federal Regulations, Part 16.

Sincerely,

Ronald Deacon

Ronald Deacon, Director
Facilities and Administrative
   Services Staff
Justice Management Division

Enclosures
FOIA/PA Referral/Action Slip
Title 28, CFR 16

**U.S. Department of Justice**
Justice Management Division

**Freedom of Information Act/Privacy Act Referral/Action Slip**

Clerk: M. Barnes

Organization: JMD/FASS

Building & Room: LOC, 113

Date: AUG 2 3 2005

| To | From | | To | From |
|---|---|---|---|---|
| ❏ | ❏ Office of Information & Privacy | | ❏ | ❏ Immigration Review, Executive Office for |
| | _____ | | ❏ | ❏ Inspector General, Office of |
| | _____ | | ❏ | ❏ Intelligence Policy and Review, Office of |
| | _____ | | ❏ | ❏ INTERPOL, U.S. National Central Bureau |
| ❏ | ❏ Antitrust Division | | ❏ | ❏ Justice Management Division Staff: _____ |
| ❏ | ❏ Bureau of Alcohol, Tobacco, Firearms and Explosives | | ❏ | ❏ Justice Programs, Office of |
| ❏ | ❏ Civil Division | | ❏ | ❏ Legal Counsel, Office of |
| ❏ | ❏ Civil Rights Division | | ❏ | ❏ National Drug Intelligence Center |
| ❏ | ❏ Community Relations Service | | ❏ | ❏ Pardon Attorney, Office of |
| ❏ | ❏ Community Oriented Policing Services | | ❏ | ❏ Professional Responsibility Advisory Office |
| ❏ | ❏ Criminal Division | | ❏ | ❏ Professional Responsibility, Office of |
| ❏ | ❏ Dispute Resolution, Office of | | ❏ | ❏ Solicitor General, Office of |
| ❏ | ❏ Drug Enforcement Administration | | ❏ | ❏ Tax Division |
| ❏ | ❏ Environment & Natural Resources Division | | ❏ | ❏ U.S. Attorneys, Executive Office for |
| ☑ | ❏ Federal Bureau of Prisons | | ☑ | ❏ U.S. Marshals Service |
| ❏ | ❏ Federal Bureau of Investigation | | ❏ | ❏ U.S. Parole Commission |
| ❏ | ❏ Federal Detention Trustee, Office of | | ❏ | ❏ U.S. Trustees, Executive Office for |
| ❏ | ❏ Foreign Claims Settlement Commission | | ❏ | ❏ _____ |

Requester: _Monroe L. Coleman_____

Ref: _____

Date of Request: _July 10, 2006_____

Received By: _FOIA/PA Mail Referral Unit_____ Type of Request: _FOIA_____

Remarks: _Requester advised of this referral._____

FORM JMD-481
Rev. Mar. 2004



**U.S. Department of Justice**



_____

*Washington, D.C. 20530*

SEP 1 5 2005

Monroe L. Coleman
Reg. No. 01723-016
U.S.P. - Terre Haute
P.O. Box 12015
Terre Haute, IN  47801

Dear Mr. Coleman:

Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within 20 business days.  This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. The component(s) to which your request has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip.   All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Federal Bureau of Prisons
> Department of Justice
> HOLC Building, Suite 841
> Washington, DC   20534
> (202) 514-6655

> FOIA/PA
> Executive Office for U.S. Attorneys
> Department of Justice
> 600 E Street, NW, Room 7300
> Washington, DC   20530-0001
> (202) 616-6757

Also, per your request we are sending you a copy of the U. S. Department of Justice Title 28, Code of Federal Regulations, Part 16.

Sincerely,

*Ronald Deacon*

Ronald Deacon, Director
Facilities and Administrative
    Services Staff
Justice Management Division

Enclosures
FOIA/PA Referral/Action Slip
Title 28, CFR 16

Rec. 9-26-06

**U.S. Department of Justice**
Justice Management Division

**Freedom of Information Act/Privacy Act
Referral/Action Slip**

Clerk:  M. Barnes

Date:  SEP 1 5 2006

Organization:  JMD/FASS

Building & Room:  LOC, 113

| To | From | | To | From |
|---|---|---|---|---|
| ❏ | ❏ Office of Information & Privacy | | ❏ | ❏ Immigration Review, Executive Office for |
| | _____ | | ❏ | ❏ Inspector General, Office of |
| | _____ | | ❏ | ❏ Intelligence Policy and Review, Office of |
| | _____ | | ❏ | ❏ INTERPOL, U.S. National Central Bureau |
| | _____ | | ❏ | ❏ Justice Management Division |
| ❏ | ❏ Antitrust Division | | | Staff: _____ |
| ❏ | ❏ Bureau of Alcohol, Tobacco, Firearms and Explosives | | ❏ | ❏ Justice Programs, Office of |
| ❏ | ❏ Civil Division | | ❏ | ❏ Legal Counsel, Office of |
| ❏ | ❏ Civil Rights Division | | ❏ | ❏ National Drug Intelligence Center |
| ❏ | ❏ Community Relations Service | | ❏ | ❏ Pardon Attorney, Office of |
| ❏ | ❏ Community Oriented Policing Services | | ❏ | ❏ Professional Responsibility Advisory Office |
| ❏ | ❏ Criminal Division | | ❏ | ❏ Professional Responsibility, Office of |
| ❏ | ❏ Dispute Resolution, Office of | | ❏ | ❏ Solicitor General, Office of |
| ❏ | ❏ Drug Enforcement Administration | | ❏ | ❏ Tax Division |
| ❏ | ❏ Environment & Natural Resources Division | | ☑ | ❏ U.S. Attorneys, Executive Office for |
| ☑ | ❏ Federal Bureau of Prisons | | ❏ | ❏ U.S. Marshals Service |
| ❏ | ❏ Federal Bureau of Investigation | | ❏ | ❏ U.S. Parole Commission |
| ❏ | ❏ Federal Detention Trustee, Office of | | ❏ | ❏ U.S. Trustees, Executive Office for |
| ❏ | ❏ Foreign Claims Settlement Commission | | ❏ | ❏ _____ |

Requester:  Monroe L. Coleman

Ref: _____

Date of Request:  July 10, 2006

Received By:  FOIA/PA Mail Referral Unit          Type of Request:  FOIA

Remarks:  Requester advised of this referral.

FORM JMD-481
Rev. Mar. 2004

I
06-2255
Rmc

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

### I (a) PLAINTIFFS

Monroe L. Coleman

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (Pr)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 01723-016

### DEFENDANTS

Harley Lappin, et al,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TR

```
CASE NUMBER  1:06CV02255

JUDGE: Rosemary M. Collyer

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/29/2006
```

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

Ⓧ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

### III CITIZENS
FOR PLAINTIFF /

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

### ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
Ⓧ 540 Mandamus & Other
Ⓧ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

⑤

| □ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| □ K. *Labor/ERISA (non-employment)* | □ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (If not Voting Rights<br>Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-<br>Employment<br>□ 446 Americans w/Disabilities-<br>Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>□ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (If Voting<br>Rights Act) |

**ⓧ ORIGIN**

| ①Original Proceeding | □ 2 Removed from State Court | □ 3 Remanded from Appellate Court | □ 4 Reinstated or Reopened | □ 5 Transferred from another district (specify) | □ Multi district Litigation | □ 7Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS
□   ACTION UNDER F.R.C.P. 23

**DEMAND $** 0

Check YES only if demanded in complaint
**JURY DEMAND:** □ YES   ⊗ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)
□ YES   ⊗ NO   If yes, please complete related case form.

**DATE** 12.29.30   **SIGNATURE OF ATTORNEY OF RECORD** NCD

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd