**FILED**

DEC 2 9 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION No. ~~━━━━━~~
~~m Harley Lappins, Director, et al,~~
~~━━━━━~~, WARDEN,
        Appellee.

                                    Case
                                    ~~Appeal~~ No. ____06 2255____

v.

MONROE L. COLEMAN-BEY, Pro Se
        Appellant,


            MOTION TO PROCEED IN FORMA PAUPERIS


    Appellant, Monroe L. Coleman-Bey, pro se, pursuant to 28

    U.S.C. §1915(d), moves this court for an order permitting

him to proceed without prepayment of fees and costs or security

hereof.

    Appellant has attached his affidavit of proverty in support

of this motion.



                            Respectfully submitted,



                            _____
                            Monroe L. Coleman-Bey
                            Reg. #01723-016
                            U.S. Penitentiary
                            P.O. Box 12015
                            Terre Haute, IN 47801

Dated:  November 13th, 2006.

**RECEIVED**

DEC 1 1 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CIVIL ACTION No. 7:05-cv-158

SUZANNE R. HASTINGS, WARDEN,
    Appellee.

v.                                     Appeal No. _____

MONROE L. COLEMAN-BEY, Pro Se
    Appellant,


AFFIDAVIT IN SUPPORT OF MOTION
TO PROCEED IN FORMA PAUPERIS


    I, Monroe L. Coleman-Bey, pro se, being first duly sworn, de-
pose and say that I am the appellant in the above-entitled case
and in support of the attached motion to proceed in forma pauperis,
will state the following:

1. I am non-employed,

2. I have no fixed income,

3. I have no savings, except what I have earned in the prison.

4. I have not received within the past twelve (12) months
    any income from any business, profession, or other self-
    employments, interests, dividends, or other sources,
    excluding also what financial support received from elderly
    mother, D. Marlene Click.

5.  I do not own any real estate, stocks, bonds, notes, auto-
    mobiles or other valuable property.

6.  Appellant has been incarcerated a few months short of
    22 years.

I further swear that the above responses relating to my ability
to pay the cost of proceedings in this action are true.  I understand
that a false statement or answer to any question in this affidavit
will subject me to penalties of perjury.

                                        Respectfully submitted,


                                        Monroe L. Coleman-Bey,
                                        Reg. #01723-016
                                        U.S. Penitentiary
                                        P.O. Box 12015
                                        Terre Haute, IN 47801


Signed before me
this  /5  day of November, 2006.


            Notary Public