# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE L. COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HARLEY LAPPIN, Director, Federal Bureau of Prisons; | ) ) ) |
| | ) Case No. 1:06-cv-02255-RMC |
| ELIZABETH HERMAN, Deputy Bar Counsel Office of Bar Counsel 409 E Street, N.W. Building B, Room 228 Washington, DC 20001; | ) ) ) ) ) |
| | ) |
| and | ) |
| | ) |
| FREEDOM OF INFORMATION ACT OFFICE | ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Timothy K. Webster of Sidley Austin LLP, 1501 K Street, N.W., Washington, D.C. 20005, as counsel for Defendant Elizabeth Herman in the above-captioned case.

DATED: January 26, 2007

                                                  Respectfully submitted,

                                                  /s/ *Timothy K. Webster*
                                                  Timothy K. Webster (D.C. Bar No. 441297)
                                                  SIDLEY AUSTIN LLP
                                                  1501 K Street, N.W.
                                                  Washington, D.C. 20005
                                                  (202) 736-8000

                                                  Counsel for Defendant Elizabeth Herman

## **CERTIFICATE OF SERVICE**

I hereby certify that the following parties were served via first class mail, postage prepaid, on January 26, 2007:

| | |
|---|---|
| Monroe L. Coleman<br>*Pro se* | R01723-016<br>Terre Haute United States Penitentiary<br>P.O. Box 12015<br>Terre Haute, IN 47801 |
| Harley Lappin<br>Director, Bureau of Prisons | U.S. Department of Justice<br>320 First Street, N.W.<br>Washington, D.C. 20530 |
| Freedom of Information Act Office | 950 Pennsylvania Ave. N.W.<br>Washington, D.C. 20001 |

/s/ *Timothy K. Webster*