IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE L. COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:06-cv-02255-RMC |
| HARLEY LAPPIN, Director, Federal Bureau of Prisons, et al., | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant Elizabeth Herman, Deputy Bar Counsel, Office of Bar Counsel, District of Columbia Bar[1] (referred to herein as "Defendant Herman"), through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that the Court enlarge Defendant Herman's time to answer or otherwise respond to the Complaint in the above-captioned case to February 19, 2007, twenty (20) days from the date on which she would otherwise have been required to answer or respond.

Plaintiff Coleman is a pro se litigant who is incarcerated in the United States Penitentiary in Terre Haute, Indiana. LCvR 7(m) imposes no duty on Defendant Herman's counsel to confer with Plaintiff prior to filing this Motion.

In support of this motion, Defendant Herman states as follows:

---

[1] In the Complaint, Plaintiff incorrectly lists Ms. Herman's title as "Supervisor, Office of Bar Counsel."

1. Plaintiff filed this action under the Freedom of Information Act, 5 U.S.C. § 552 on December 29, 2006.[2] The Defendants are Harley Lappin, Director of the Federal Bureau of Prisons; Defendant Herman, an employee of the Office of Bar Counsel; and the "Freedom of Information Act Office," United States Department of Justice. Service on all three Defendants, the U.S. Attorney General, and the U.S. Attorney apparently was complete on January 10, 2007. *See* Return of Service/Affidavit of Summons and Complaint forms executed on January 10, 2007 (Docket No. 5).

2. Under Federal Rule of Civil Procedure 12(a), the deadline for Defendant Herman to answer or otherwise respond to the Complaint is January 30, 2007, twenty days after service of the summons and Complaint was complete. However, Defendants Lappin and the "Freedom of Information Act Office" (referred to herein as the "U.S. Defendants") are not required to respond until March 12, 2007, sixty days after service on the U.S. Attorney was complete. Fed. R. Civ. P. 12(a)(3)(A).

3. The requested extension will not cause prejudice to Plaintiff and will not unduly delay the adjudication of this case at all. Because this case was filed under the federal Freedom of Information Act, the merits of the case will not be at issue until the U.S. Defendants have answered or otherwise responded to the Complaint. Their response is not due until at least March 12, 2006 – eleven days after the deadline proposed herein for Defendant Herman's response.

4. Furthermore, Defendant Herman's counsel is currently drafting three briefs in another matter which, under a previous court order, are due on January 31, 2007 – one day after Defendant Herman would be required to answer or otherwise respond to Plaintiff's Complaint

---

[2] The Office of Bar Counsel is not a federal agency and is therefore not subject to the Freedom of Information Act.

2

under the deadline set by Rule 12(a).  The preparation of those briefs would interfere with the timely preparation of Defendant Herman's response to Plaintiff's Complaint.

WHEREFORE, for good cause shown, Defendant Herman requests a twenty (20) day enlargement of time to answer or otherwise plead to Plaintiff's Complaint.

Dated: January 26, 2007

Respectfully submitted,

/s/ *Timothy K. Webster*
Timothy K. Webster (D.C. Bar No. 441297)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Counsel for Defendant Elizabeth Herman

**CERTIFICATE OF SERVICE**

    I hereby certify that the following parties were served via first class mail, postage prepaid, on January 26, 2007:

| | |
|---:|---|
| Monroe L. Coleman<br>*Pro se* | R01723-016<br>Terre Haute United States Penitentiary<br>P.O. Box 12015<br>Terre Haute, IN 47801 |
| Harley Lappin<br>Director, Bureau of Prisons | U.S. Department of Justice<br>320 First Street, N.W.<br>Washington, D.C. 20530 |
| Freedom of Information Act Office | 950 Pennsylvania Ave. N.W.<br>Washington, D.C. 20001 |

                                               /s/ *Timothy K. Webster*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE L. COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:06-cv-02255-RMC |
| HARLEY LAPPIN, Director, Federal Bureau of Prisons, et al., | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING MOTION FOR ENLARGEMENT
OF TIME TO ANSWER OR OTHERWISE RESPOND**

For good cause shown, the Motion of Defendant Elizabeth Herman to enlarge the time to answer or otherwise respond to the Complaint in the above-captioned case to twenty (20) days from the date on which she would otherwise have been required to answer or respond is hereby GRANTED. It is therefore,

ORDERED that Defendant Elizabeth Herman's deadline for answering or otherwise responding to Plaintiff's Complaint is extended up to and including February 19, 2007.

This ____ day of _____, 2007.

_____
United States District Judge

2

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

Pursuant to LCvR 7(k), listed below are the names and addresses of all attorneys and parties entitled to be notified of the proposed order's entry.

Monroe L. Coleman
*Pro se*
R01723-016
Terre Haute United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Harley Lappin
Director, Bureau of Prisons
U.S. Department of Justice
320 First Street, N.W.
Washington, D.C. 20530

Timothy K. Webster
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Freedom of Information Act Office
950 Pennsylvania Ave. N.W.
Washington, D.C. 20001