UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONROE L. COLEMAN,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**HARLEY LAPPINS,** )<br>    Director, Bureaus of Prisons, *et al.* )<br>)<br>    **Defendants.** ) | Civil Action No. 06-2255 (RMC) |

NOTICE OF ENTRY OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Alexander D. Shoaibi, as counsel for Defendants Harley Lappins, Director, Bureau of Prisons, and the Freedom of Information Act Office..

        /s/
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236

## CERTIFICATE OF SERVICE

     I hereby certify that on this __7TH__ day of February, 2007, I caused the foregoing Notice of Appearance to be served on plaintiff and co-defendant, postage prepaid, addressed as follows:

        Monroe L. Coleman
        Reg. No. #01723-016
        USP Terre Haute
        P.O. Box 12015
        Terre Haute, IN 47801


        Timothy K. Webster
        SIDLEY AUSTIN, LLP
        1501 K Street, NW
        Suite 800
        Washington, DC 20005-1401


        /s/
        ALEXANDER D. SHOAIBI
        Assistant United States Attorney