## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MONROE L. COLEMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-2255 (RMC)** |
| | ) | |
| **HARLEY LAPPINS,** | ) | |
| **Director, Bureaus of Prisons,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

### FEDERAL DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendants Harley Lappins, Director of the Bureau of Prisons, and the Freedom of Information Act Office, by counsel, respectfully move for a thirty day extension of time, to and including March 12, 2007, within which to respond to plaintiff's Complaint. This is Federal Defendants' counsel's first request for an enlargement of time for this purpose. Defendant did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants states as follows:

The Defendants have reviewed Plaintiff's FOIA complaint and believe that a dispositive motion in lieu of an Answer is appropriate. The time requested is needed for defendants to complete preparation of the required *Vaughn* declaration/index, and for this office to thereafter prepare a supporting memorandum of points and authorities in support of a dispositive motion.

For the foregoing reasons, Federal Defendants respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: February 7, 2007

Respectfully submitted,

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

___/s/_____
MADELYN JOHNSON, D.C. BAR #
Assistant United States Attorney

___/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

---

[1]Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this **7th** day of February, 2007, I caused the foregoing **Federal Defendants' Motion for Enlargement of Time** to be served on plaintiff and counsel for co-defendant postage prepaid, addressed as follows:

Monroe L. Coleman
Reg. No. #01723-016
USP Terre Haute
P.O. Box 12015
Terre Haute, IN 47801


Timothy K. Webster
SIDLEY AUSTIN, LLP
1501 K Street, NW
Suite 800
Washington, DC 20005-1401


_____/s/_____
ALEXANDER D. SHOAIBI
Assistant United States Attorney

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MONROE L. COLEMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-2255 (RMC)** |
| | ) | |
| **HARLEY LAPPINS,** | ) | |
| **Director, Bureaus of Prisons,** *et al.* | ) | |
| | ) | |
| **Defendants.** | | |

## ORDER

    **UPON CONSIDERATION** of federal defendants' motion for enlargement of time,  it is

hereby **ORDERED** that the motion is **GRANTED**.  Defendants Harley Lappins and Freedom of

Information Act Office shall respond to Plaintiff's Complaint on or before March 12, 2007.

 

 

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.