UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE L. COLEMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-2255 (RMC) |
| HARLEY LAPPIN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Defendant Elizabeth Herman has filed a motion to dismiss. Because a ruling on Defendant's motion could dispose of this case, the Court hereby advises Plaintiff Monroe L. Coleman, who is proceeding *pro se*, of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988).

Plaintiff is advised that the Court will rule on Defendant's motion taking into consideration the facts proffered in the complaint, along with Plaintiff's response or opposition to Defendant's motion. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). In addition, Plaintiff's attention is directed to Rule 6(e) of the Federal Rules of Civil Procedure, which provides:

1

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party [by mail], 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the Defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

**ORDERED** that Plaintiff shall file his opposition or other response to Defendant Elizabeth Herman's motion to dismiss [Dkt. #10] by **March 16, 2007**. If Plaintiff fails to respond timely, the Court may grant Defendant's motion as conceded, and may summarily dismiss the complaint.

**SO ORDERED**.

Date: February 16, 2007                            /s/
                                                   ROSEMARY M. COLLYER
                                                   United States District Judge