IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONROE L. COLEMAN,
    Plaintiff,

        v.                Case No. 1:06-cv-02255(RMC)

HARLEY LAPPIN, Director, Federal
Bureau of Prisons, et al.,
    Defendants.

MOTION FOR SUBSTITUTION OF DEFENDANTS OR,
IN THE ALTERNATIVE, AMENDED COMPLAINT

COMES NOW Monroe L. Coleman, pro se, requesting from this Honorable Court permission for First Amending Complaint by asking that defendant Elizabeth Herman, Harley Lappin, and Freedom Of Information Act Office be and hereby removed as defendants, but The District of Columbia Bar Counsel's Office be substituted in place of defendant Herman, The Bureau of Prisons be substituted in place of defendant Lappin, and The Department of Justice be substituted in place of defendant The Freedom Of Information Act Office. Also, plaintiff is requesting the amending complaint to add attorney fees and litigation cost accordingly to 5 U.S.C. §552(a)(4)(E)(1994).

    Said substitution for D.C. Bar Counsel Office is allowable under D.C. Code §2-531(2000)(D.C. FOIA), The Bureau of Prisons substitution is allowable accordingly to 5 U.S.C. §552 that will cover the Department of Justice as well.

RECEIVED
MAR 0 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

For the reasons stated above given plaintiff the right to sue those defendants which gives the court jurisdiction to entertain those claims against the defendants' agencies for the intentional withholding of information that shall be provided to a plaintiff. See 5 U.S.C. Section 552, §552(e)(7); Clarkson v. IRS, 678 F.2d 1368, 1375-76 (11th Cir. 1982).

Respectfully submitted,

Monroe L. Coleman, pro se
#01723-016

### CERTIFICATE OF SERVICE

I, Monroe L. Coleman, hereby states that a true copy to the foregoing motion has been mailed to the followings:

Alexander D. Shoaibi, AUSA
555 4th Street, N.W., Room E4218
Washington, D.C. 20530

Timothy K. Webster
Sidley Austin, LLP
1501 K Street, N.W.
Suite 800
Washington, D.C. 20005-1401

On this 25th day of February 2007.

Respectfully submitted,

Monroe L. Coleman, pro se
#01723-016
P.O. Box 12015
Terre Haute, IN 47801

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONROE L. COLEMAN,
    Plaintiff,

        v.        Case No. 1:06-cv-02255(RMC)

HARLEY LAPPIN, Director,
Federal Bureau of Prisons, et al.,
    Defendants.

ORDER

Upon consideration of Plaintiff's Motion For Substitution of Defendants Or, In The Alternative, Amended Complaint,

IT IS HEREBY ORDERED that Plaintiff's Motion To Substitute *** be GRANTED.

SIGNED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc:

Monroe L. Coleman, Plaintiff
#01723-016
P.O. Box 12015
Terre Haute, IN 47801

Alexander D. Shoaibi, AUSA
555 4th Street, N.W.
Washington, D.C. 20530

Timothy K. Webster, Sidley Austin, LLP
1501 K Street, N.W., Suite 800
Washington, D.C. 20005-1401