UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE L. COLEMAN,           )<br>                                                            )<br>       Plaintiff *pro se*,                       )<br>                                                            )<br>       v.                                               )           Civil Action No. 06-2255 (RMC)<br>                                                            )<br>HARLEY LAPPINS,                        )<br>       Director, Bureaus of Prisons, *et al.*   )<br>                                                            )<br>       Defendants.                           ) | |

### FEDERAL DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendants Harley Lappins, Director of the Bureau of Prisons, and the Freedom of Information Act Office, by counsel, respectfully move for an additional thirty day extension of time, to and including March 26, 2007, within which to respond to plaintiff's Complaint. Defendants did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants states as follows:

As indicated in Defendants' First Motion for Extension of Time, after reviewing Plaintiff's FOIA complaint, Defendants' believe that a dispositive motion in lieu of an Answer is appropriate in this case. Unfortunately, although undersigned counsel contacted agency counsel for defendant Bureau of Prisons upon receipt of the Complaint and requested the required Vaughn declaration/index, an administrative error within the Bureau of Prisons prevented the individuals charged with preparation of the requisite documentation from receiving notification of the case in time to comply with the March 12, 2007 filing deadline. As a result, defendants requests an additional thirty days to prepare the dispositive motion and supplemental

documentation responsive to Plaintiff's Complaint.

The granting of defendant's second motion for extension of time to respond to plaintiff's complaint would be in the interests of justice.

For the foregoing reasons, Federal Defendants respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: March 6, 2007

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

**CERTIFICATE OF SERVICE**

I hereby certify that on this __**6th**__ day of March, 2007, I caused the foregoing **Federal Defendants' Second Motion for Extension of Time** to be served on plaintiff and counsel for co-defendant postage prepaid, addressed as follows:

>Monroe L. Coleman
>Reg. No. #01723-016
>USP Terre Haute
>P.O. Box 12015
>Terre Haute, IN 47801


>Timothy K. Webster
>SIDLEYAUSTIN, LLP
>1501 K Street, NW
>Suite 800
>Washington, DC 20005-1401


>___/s/_____
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

Case 1:06-cv-02255-RMC     Document 14     Filed 03/06/2007     Page 4 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONROE L. COLEMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-2255 (RMC) |
| ) | |
| **HARLEY LAPPINS,** ) | |
| Director, Bureaus of Prisons, *et al.* ) | |
| ) | |
| **Defendants.** | |

## ORDER

**UPON CONSIDERATION** of federal defendants' second motion for extension of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants Harley Lappins and Freedom of Information Act Office shall respond to Plaintiff's Complaint on or before April 11, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.