UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
MONROE L. COLEMAN,                      )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )        Civil Action No. 06-2255 (RMC)
                                        )
HARLEY LAPPIN, *et al.*,                )
                                        )
            Defendants.                 )
_____ )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant Herman's motion to dismiss [Dkt. #10] is

**GRANTED**. It is further

**ORDERED** that Plaintiff's motion for substitution of Defendants [Dkt. #12] is

**GRANTED**. It is further

**ORDERED** that the federal Defendants' motion to dismiss [Dkt. #17] is

**DENIED**. The motion for summary judgment [Dkt. #17] is **GRANTED IN PART** and

**DENIED IN PART WITHOUT PREJUDICE**. It is further

**ORDERED** that, within 45 days of entry of this Order, Defendants shall file a

renewed summary judgment motion with respect to BOP's Glomar response.

            **SO ORDERED**.


                            _____/s/_____
                            ROSEMARY M. COLLYER
Date:   July 3, 2007        United States District Judge