IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE L. COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:06-cv-02255-RMC |
| HARLEY LAPPIN, Director, Federal Bureau of Prisons, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Timothy K. Webster of Sidley Austin LLP, 1501 K Street, N.W., Washington, D.C. 20005, as counsel for successor Defendant Office of Bar Counsel, District of Columbia Bar (noted on the docket as "District of Columbia Bar Counsel's Office") in the above-captioned case.

Dated: July 13, 2007

                                                                                                        Respectfully submitted,

                                                                                                        /s/ *Timothy K. Webster*
                                                                                                       Timothy K. Webster (D.C. Bar No. 441297)
                                                                                                        SIDLEY AUSTIN LLP
                                                                                                        1501 K Street, N.W.
                                                                                                        Washington, D.C. 20005
                                                                                                        (202) 736-8000

                                                                                                        Counsel for Defendant Elizabeth Herman,
                                                                                                        Office of Bar Counsel, and successor
                                                                                                        Defendant Office of Bar Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the following individual to be served via first class mail, postage prepaid, on July 13, 2007:

Monroe L. Coleman
Reg. No. 01723-016
Terre Haute United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

And the following individual to be served through the Court's electronic case filing system:

Alexander D. Shoaibi
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, DC 20530

/s/ *Timothy K. Webster*