UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE L. COLEMAN, ) | |
| ) | |
|     Plaintiff *pro se*, ) | |
| ) | |
| v. ) | Civil Action No. 06-2255 (RMC) |
| ) | |
| HARLEY LAPPINS, ) | |
|     Director, Bureaus of Prisons, *et al.* ) | |
| ) | |
|     Defendants. ) | |

## BUREAU OF PRISONS' MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Bureau of Prisons ("BOP"), by counsel, respectfully moves for a two week extension of time, to and including August 31, 2007, in which to file its renewed motion for summary judgment with respect to the Bureau of Prisons' Glomar response. Defendants did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants states as follows:

The Court in its Memorandum Opinion and Order of July 3, 2007 (Docket #20) ordered the Bureau of Prisons to file a renewed summary judgment motion with respect to its Glomar response within 45 days of the Court's order. This direction from the Court results in a deadline of August 17, 2007 for the filing of BOP's motion. Because of previously scheduled leave, undersigned counsel will be out of town for the two weeks preceding August 17, 2007, and as a result of conflicting obligations in his other cases, he will not be able to finalize BOP's renewed summary judgment motion prior to his departure so that it can be timely filed. Defendant BOP therefore requests an additional two weeks in which to file the renewed motion for summary

judgement addressing the Glomar issue. Granting the requested extension of time would be in the interests of justice and would not result in any prejudice to plaintiff.

For the foregoing reasons, Defendant BOP respectfully requests that this motion for an enlargement of time be granted and that it be allowed an additional two weeks beyond the 45 day period called for in the Court's July 3, 2007 order in which to file a renewed motion for judgment on BOP's Glomar response..[1]

Respectfully submitted,

\_\_\_/s /_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. Bar # 423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this __1st__ day of August, 2007, I caused the foregoing **Bureau of Prisons' Motion for Extension of Time to File Renewed Motion for Summary Judgment** to be served on plaintiff pro se, postage prepaid, addressed as follows:

>Monroe L. Coleman
>Reg. No. #01723-016
>USP Terre Haute
>P.O. Box 12015
>Terre Haute, IN 47801

>/s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONROE L. COLEMAN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | Civil Action No. 06-2255 (RMC) |
| ) | |
| **HARLEY LAPPINS,** ) | |
|     Director, Bureaus of Prisons, *et al.* ) | |
| ) | |
|     **Defendants.** | |

## ORDER

**UPON CONSIDERATION** of defendant Bureau of Prisons' motion for extension of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant Bureau of Prisons shall file its renewed summary judgment motion with regard to its Glomar response on or before August 31, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.