UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONROE L. COLEMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-2255 (RMC) |
| HARLEY LAPPIN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

It is hereby

ORDERED that the Motion for Clarification [Dkt. #23] is GRANTED. The July 3, 2007 Memorandum Opinion and Order substituted the Office of Bar Counsel for defendant Elizabeth Herman as the proper party defendant, and by granting Ms. Herman's motion to dismiss, both Ms. Herman and the Office of Bar Counsel are DISMISSED.

SO ORDERED.

Date: August 6, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge