August 24, 2007

Monroe LaVelle Coleman
#01723-016
U.S.Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Alexander D. Shoaibi
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

     Re:  Letter/Motion
          Civil Action No. 06-2255(RMC)

Dear Clerk of Court:


     It is requested that this Honorable Court enter an ORDER stating, "the defendants have conceded" via Attorney Alexander D. Shoaibi, of 555 4th Street, N.W., Washington, D.C. 20530, on this 24th day of August, 2007, because the defendants have failed to respond to the Court's Order dated July 3rd, 2007, and for defendants' failure, the Court will deny Summary Judgment filed by defendants in this matter.

     This Court may grant this request based on the defendants failure.  I thank you for your time and assistance in this matter,


                            Respectfully submitted,


                            Monroe LaVelle Coleman

cc: Inmate's File

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONROE L. COLEMAN,

      Plaintiff,

    v.                            Civil Action No. 06-2255(RMC)

HARLEY LAPPIN, et al.,

      Defendants.

### ORDER

Based on Plaintiff's request that the defendants failed to meet this Court's date to respond to the ORDER of July 3, 2007, the Court will GRANT

Plaintiff's request that the Defendants' Motion For Summary Judgment be denied

GRANT Plaintiff's request for Discovery along with probing into (1) whether Coleman has been retaliated against especially concerning $37.40 that is intentionally being withheld by the defendants; (2) was Coleman exercising his constitutional right when he had spoken to Mrs. Kimberly Moore; (3) why Mrs. Moore did not use "Lying" in her written report; (4) was the disciplinary report based on retaliation/revenge; and (5) whether the disciplinary report should be dismissed from Coleman's prison jacket based on 1-4.

SO ORDERED ON THIS _____ DAY OF _____, 2007.

                                    ROSEMARY M. COLLYER
                                    U.S. DISTRICT JUDGE