Monroe Coleman vs Harley Lappin, etc.
Civil Action #06-02255(RMC)

Dear Clerk:

The enclosed is for the court's record and informing the court of the retaliation from defendant toward plaintiff due to his filing, as was the disciplinary report written against Coleman. Thank you

Also, a copy is mailed to defendant's attorney:

Alexander D. Shoaibi, AUSA
501 3rd Street, N.W. Rm E-4818
Washington, D.C. 20530

Respectfully,
Monroe L. Coleman Bey
#01723-016

RECEIVED
OCT 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**

United States Attorney
Southern District of Indiana

---

10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048

(317)226-6333
TDD (317)226-5438

FAX NUMBERS:
Criminal (317)226-6125
Administration (317)226-5176
Civil (317)226-5027
FLU (317)226-6133
OCDETF (317)226-5953

October 9, 2007

Monroe Lavelle Coleman, #01723-016
Federal Correctional Complex
P.O. Box 33
Terre Haute, Indiana 47808

Dear Mr. Coleman:

    Your letter dated September 20 alleging theft of your commissary monies has been referred to the Federal Bureau of Investigation for their information and review.

                                      Sincerely,

                                      TIMOTHY M. MORRISON
                                      Acting United States Attorney



Attachment 5
THA-1330.7H
08-01-89

**U.S. PENITENTIARY / FEDERAL PRISON CAMP
TERRE HAUTE, INDIANA**

# INFORMAL RESOLUTION FORM

Bureau of Prisons Program Statement 1330.7, Administrative Remedy Procedure for Inmates, states "Inmates shall informally present their complaints to staff, and staff shall attempt to informally resolve any issue before an inmate files a request for Administrative remedy".

In keeping with the spirit and intent of Bureau of Prison Program Statement 1330.7, the following form shall be utilized by staff in attempting to informally resolve an inmate's complaint.

## ONLY ONE (1) COMPLAINT SHALL BE PLACED ON EACH FORM

SECTION I: (TO BE COMPLETED BY INMATE)

INMATE'S NAME: Coleman Bey, R    REG. NO.: 01723-016    UNIT: D-1

NATURE OF COMPLAINT: Mr Gaymon stated previously that he had to do a "trace" on the check that was mailed or supposed to have been mailed. Please provide me with the "trace" information for FBI file

SECTION II: (TO BE COMPLETED BY CORRECTIONAL COUNSELOR)

DATE/TIME COMPLAINT RECEIVED FROM INMATE: _____

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT: _____

_____

_____

THE APPLICABLE PROGRAM STATEMENT USED IN THIS INFORMAL RESOLUTION ATTEMPT:

_____

INFORMAL RESOLUTION WAS ACCOMPLISHED: _____
                                        DATE

INMATE'S SIGNATURE: _____
SIGNATURE INDICATES INMATE'S ACCEPTANCE OF RESOLUTION

(OVER)

Attachment 5
Page 2
THA-1330.7H
08-01-89

SECTION III: (UNIT TEAM REVIEW)

INFORMAL RESOLUTION WAS NOT ACCOMPLISHED:     (     ) CHECK BOX

EXPLANATION FOR NON-RESOLUTION: _____

_____

_____

_____

_____

_____

EXTENSION GRANTED ON: _____

EXTENSION GRANTED BY: _____
                              NAME AND TITLE

CORRECTION COUNSELOR'S SIGNATURE: _____ DATE:_____

UNIT MANAGER'S COMMENTS, ASSISTANCE AND REVIEW: _____

_____

_____

UNIT MANAGER'S SIGNATURE: _____ DATE:_____

DATE ADMINISTRATIVE REMEDY ISSUED: _____

DATE ADMINISTRATIVE REMEDY RECEIVED BACK FROM INMATE: _____

DISTRIBUTION:

1. IF COMPLAINT <u>IS INFORMALLY RESOLVED BEFORE BEING RECEIPTED,</u> CORRECTIONAL COUNSELOR SHALL MAINTAIN INFORMAL RESOLUTION FORM FOR FUTURE REFERENCE.

2. IF COMPLAINT <u>IS NOT INFORMALLY RESOLVED,</u> FORWARD ORIGINAL INFORMAL RESOLUTION FORM, ATTACHED TO ADMINISTRATIVE REMEDY, TO THE ADMINISTRATIVE REMEDY CLERK, AW-(O) SECRETARY.

[Stamp: Received / US District Court District of Columbia / Mail Room]