UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MONROE L. COLEMAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-2255 (RMC) |
| HARLEY LAPPIN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's renewed motion for summary judgment [Dkt. #26] is DENIED WITHOUT PREJUDICE, and it is further

ORDERED that Plaintiff's "motion for order" [Dkt. #31] is DENIED, and it is further

ORDERED that the Defendants shall file a renewed summary judgment motion within 45 days of entry of this Order.

SO ORDERED.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

DATE: 28 Feb 2008