UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONROE L. COLEMAN,** ) | |
| ) | |
| **Plaintiff** *pro se*, ) | |
| ) | |
| v. ) | Civil Action No. 06-2255 (RMC) |
| ) | |
| **HARLEY LAPPINS,** ) | |
| **Director, Bureaus of Prisons,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## FEDERAL DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendants Harley Lappins, Director of the Bureau of Prisons, and the Freedom of Information Act Office, by counsel, respectfully move for a two week extension of time, to and including April 28, 2008, within which to respond to file their renewed motion for summary judgment. Defendants did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants states as follows:

1. In its February 28, 2008 order denying defendants' renewed motion for summary judgment (Docket #34), this Court ordered defendants to file another renewed motion for summary judgment withing 45 days of that order. Defendants' present deadline for filing, therefore, is April 14, 2008.

2. Based on the Court's memorandum opinion of February 28, 2008 (Docket #33), Defendants have decided to release a portion of the documents requested by Plaintiff in their entirety. Defendants also will partially release and withhold a number of documents pursuant to exemptions under the Freedom of Information Act.

3. Because Defendants are withdrawing their reliance on a "Glomar response," additional time is required to finalize Defendants motion and declaration. Specifically, the workload demands of counsel for Defendant Bureau of Prisons necessitate a two week extension to complete the documentation supporting Defendants' dispositive motion.

The granting of defendants' motion for extension of time to file renewed motion for summary judgment would be in the interests of justice.

For the foregoing reasons, Federal Defendants respectfully requests that this motion for an extension of time be granted.[1]

Dated: April 8, 2008

                                          Respectfully submitted,

                                          ___/s_/_____
                                          JEFFREY A. TAYLOR, D.C. BAR #498610
                                          United States Attorney

                                          __/s/_____
                                          RUDOLPH CONTRERAS, D.C. BAR #
                                          Assistant United States Attorney

                                          __/s/_____
                                          ALEXANDER D. SHOAIBI,
                                          Assistant United States Attorney
                                          501 Third Street, N.W., Rm E-4218
                                          Washington, D.C.  20530
                                          (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

CERTIFICATE OF SERVICE

I hereby certify that on this **8th** day of April, 2008, I caused the foregoing **Federal Defendants' Motion for Extension of Time to File Renewed Motion for Summary Judgment** to be served on plaintiff and counsel for co-defendant postage prepaid, addressed as follows:

Monroe L. Coleman
Reg. No. #01723-016
USP Terre Haute
P.O. Box 12015
Terre Haute, IN 47801

Timothy K. Webster
SIDLEYAUSTIN, LLP
1501 K Street, NW
Suite 800
Washington, DC 20005-1401

　　　　　　　　　　　/s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MONROE L. COLEMAN,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
|     v. | ) | Civil Action No. 06-2255 (RMC) |
| | ) | |
| **HARLEY LAPPINS,** | ) | |
|     Director, Bureaus of Prisons, *et al.* | ) | |
| | ) | |
|     **Defendants.** | | |

## ORDER

**UPON CONSIDERATION** of Federal Defendants' motion for extension of time to file renewed motion for summary judgment, it is hereby **ORDERED** that the motion is **GRANTED**. Federal Defendants shall file their renewed summary judgment motion on or before April 28, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.