UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE L. COLEMAN,                )<br>                                                          )<br>       Plaintiff *pro se*,                      )<br>                                                          )<br>       v.                                              )       Civil Action No. 06-2255 (RMC)<br>                                                          )<br>HARLEY LAPPINS,                        )<br>       Director, Bureaus of Prisons, *et al.*    )<br>                                                          )<br>       Defendants.                           )  | |

## FEDERAL DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendants Harley Lappins, Director of the Bureau of Prisons, and the Freedom of Information Act Office, by counsel, respectfully move for a two day extension of time, to and including April 30, 2008, within which to respond to file their renewed motion for summary judgment. Defendants did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants states as follows:

1. Although undersigned counsel has received a declaration and Vaughn index from agency counsel for defendant Bureau of Prisons ("BOP"), he learned earlier this week that agency counsel is out of the office on leave until the present deadline of April 28, 2008.

2. Because of issues that arose during preparation of the renewed motion for summary judgment, undersigned counsel requests this brief enlargement of time so that he can consult with agency counsel regarding resolution of these issues prior to finalizing defendants' dispositive motion.

3. Because agency counsel is expected to be available on April 28, 2008, two additional business days should be sufficient time to obtain the information and any necessary revisions in the material provided already provided by the agency.

The granting of defendants' motion for a two day extension of time to file renewed motion for summary judgment would be in the interests of justice.

For the foregoing reasons, Federal Defendants respectfully requests that this motion for an extension of time be granted.[1]

Dated: April 25, 2008

        Respectfully submitted,

        ___/s_/_____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        __/s/_____
        RUDOLPH CONTRERAS, D.C. BAR #
        Assistant United States Attorney

        __/s/_____
        ALEXANDER D. SHOAIBI,
        Assistant United States Attorney
        501 Third Street, N.W., Rm E-4218
        Washington, D.C.  20530
        (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

CERTIFICATE OF SERVICE

I hereby certify that on this __25th__ day of April, 2008, I caused the foregoing **Federal Defendants' Second Motion for Extension of Time to File Renewed Motion for Summary Judgment** to be served on plaintiff and counsel for co-defendant postage prepaid, addressed as follows:

>Monroe L. Coleman
>Reg. No. #01723-016
>USP Terre Haute
>P.O. Box 12015
>Terre Haute, IN 47801


>Timothy K. Webster
>SIDLEYAUSTIN, LLP
>1501 K Street, NW
>Suite 800
>Washington, DC 20005-1401


>___/s/_____
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| **MONROE L. COLEMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2255 (RMC) |
| | ) | |
| **HARLEY LAPPINS,** | ) | |
| Director, Bureaus of Prisons, *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**UPON CONSIDERATION** of Federal Defendants' second motion for extension of time to file renewed motion for summary judgment, it is hereby **ORDERED** that the motion is **GRANTED**. Federal Defendants shall file their renewed summary judgment motion on or before April 30, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.