UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONROE L. COLEMAN, | ) | |
| | ) | |
| Plaintiff *pro se*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2255 (RMC) |
| | ) | |
| HARLEY LAPPINS, | ) | |
| Director, Bureaus of Prisons, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**FEDERAL DEFENDANTS' THIRD MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendants Harley Lappins, Director of the Bureau of Prisons, and the Freedom of Information Act Office, by counsel, respectfully move for a six business day extension of time, to and including May 8, 2008, within which to respond to file their renewed motion for summary judgment. Defendants did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants states as follows:

1. During the internal review process in the Civil Division of the U.S. Attorney's Office, questions arose regarding the renewed motion for summary judgment prepared by undersigned counsel for filing on this date.

2. Resolution of these questions will require involvement of agency counsel for Defendant BOP, who was unavailable at the time the review of the above motion was complete.

3. In addition, because of issues raised by the Court in its February 28, 2008 memorandum opinion (Docket #33) regarding the absence of an evidentiary record to support a finding that the BOP records are law enforcement records, consideration is also being given to

the possibility of requesting an in camera review of these documents under seal. Additional time is required to investigate the advisability of this approach with the agency.

    4. Undersigned counsel has longstanding plans to be out of town from May 1 to May 4, 2008, and has a brief due in the Court of Appeals for the D.C. Circuit on May 7, 2008, which will occupy much of his time from May 5 to May 7, 2008.

    The granting of defendants' motion for a six business day extension of time to file renewed motion for summary judgment would be in the interests of justice.

    For the foregoing reasons, Federal Defendants respectfully requests that this motion for an extension of time be granted.[1]

Dated: April 30, 2008

    Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __30th__ day of April, 2008, I caused the foregoing **Federal Defendants' Third Motion for Extension of Time to File Renewed Motion for Summary Judgment** to be served on plaintiff and counsel for co-defendant postage prepaid, addressed as follows:

Monroe L. Coleman
Reg. No. #01723-016
USP Terre Haute
P.O. Box 12015
Terre Haute, IN 47801


Timothy K. Webster
SIDLEYAUSTIN, LLP
1501 K Street, NW
Suite 800
Washington, DC 20005-1401


　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　ALEXANDER D. SHOAIBI
　　　　　　　　　　　　　　Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONROE L. COLEMAN,** )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>**HARLEY LAPPINS,** )<br>  Director, Bureaus of Prisons, *et al.* )<br>)<br>  Defendants. ) | Civil Action No. 06-2255 (RMC) |

### ORDER

**UPON CONSIDERATION** of Federal Defendants' third motion for extension of time to file renewed motion for summary judgment, it is hereby **ORDERED** that the motion is **GRANTED**. Federal Defendants shall file their renewed summary judgment motion on or before May 8, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.