UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MONROE L. COLEMAN,** | ) | |
| | ) | |
|     **Plaintiff *pro se*,** | ) | |
| | ) | |
|     v. | ) | Civil Action No. 06-2255 (RMC) |
| | ) | |
| **HARLEY LAPPINS,** | ) | |
|     Director, Bureaus of Prisons, *et al.* | ) | |
| | ) | |
|     **Defendants.** | ) | |

**FEDERAL DEFENDANTS' FOURTH MOTION FOR EXTENSION OF TIME TO
FILE RENEWED MOTION FOR SUMMARY JUDGMENT**

    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendants Harley Lappins, Director of the Bureau of Prisons, and the Freedom of Information Act Office, by counsel, respectfully move for a one week extension of time, to and including May 15, 2008, within which to respond to file their renewed motion for summary judgment. Defendants did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

    For cause, Defendants states as follows:

    1. Pursuant to this Court's order of May 2, 2008, defendant's renewed motion for summary judgment is due on May 8, 2008, and Defendant would have hoped to file a timely motion. But, Counsel for Defendant has been and will be addressing litigation demands in other cases and personal demands that will preclude a timely filed motion in this matter. These conflicting responsibilities include preparation of an appellate brief due to be filed in the Court of Appeals for the District of Columbia Circuit on May 7, 2008 in the case of <u>Rodriguez v. Editor in Chief, Legal Times, et al.</u>, 07-5234 and an emergency oral surgery appointment on May 8, 2008 that will necessitate undersigned counsel to take a full day of sick leave. Undersigned counsel

has been diligently working on defendant's response, but will be unable to complete it because of the above circumstances.

For the foregoing reasons, Federal Defendants respectfully requests that this motion for an extension of time be granted.[1]

Dated: May 7, 2008

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __30th__ day of April, 2008, I caused the foregoing **Federal Defendants' Fourth Motion for Extension of Time to File Renewed Motion for Summary Judgment** to be served on plaintiff and counsel for co-defendant postage prepaid, addressed as follows:

    Monroe L. Coleman
    Reg. No. #01723-016
    USP Terre Haute
    P.O. Box 12015
    Terre Haute, IN 47801


    Timothy K. Webster
    SIDLEYAUSTIN, LLP
    1501 K Street, NW
    Suite 800
    Washington, DC 20005-1401


      /s/
    ALEXANDER D. SHOAIBI
    Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONROE L. COLEMAN,**          ) | |
| ) | |
| Plaintiff,          ) | |
| ) | |
| v.          ) | Civil Action No. 06-2255 (RMC) |
| ) | |
| **HARLEY LAPPINS,**          ) | |
| Director, Bureaus of Prisons, *et al.*          ) | |
| ) | |
| Defendants.          ) | |

## ORDER

**UPON CONSIDERATION** of Federal Defendants' fourth motion for extension of time to file renewed motion for summary judgment, it is hereby **ORDERED** that the motion is **GRANTED**. Federal Defendants shall file their renewed summary judgment motion on or before May 15, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.